UNITED STATES DISTRICT COURT                                    JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 16-1224-JFW (AJWx)**                              Date:  March 10, 2016

Title:   Richard Brien Schaub -v- Ocwen Loan Servicing, LLC, et al.

---

**PRESENT:**

  **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

  Shannon Reilly                                None Present
  Courtroom Deputy                              Court Reporter


**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
               None                                          None

**PROCEEDINGS (IN CHAMBERS):**     **ORDER DISMISSING ACTION WITHOUT PREJUDICE**

   Pursuant to the Court's Order filed on February 25, 2016, the parties were ordered to comply with Rule 26 of the Federal Rules of Civil Procedure and Local Rule 26-1 and to file a Joint Report on or before March 9, 2016.  Instead of filing a joint report, on March 9, 2016, Defendant Ocwen Loan Servicing, LLC ("Defendant") filed a Unilateral Status Report Pursuant to Rule 26(f). In that Unilateral Status Report, Defendant advised the Court that Plaintiff had failed to cooperate in filing the Joint Rule 26(f) Report.

   As a result of Plaintiff's failure to cooperate in the filing of the Joint Rule 26(f) Report in violation of the Court's Order of February 25, 2016, this action is hereby **DISMISSED without prejudice**.  The Scheduling Conference, currently on calendar for March 14, 2016, is **VACATED**. See Fed. R. Civ. P. 41(b); see also Yourish v. California Amplifier, 191 F.3d 983, 986-88 (9th Cir. 1999); Ferdik v. Bonzelet, 963 F.2d 1258, 1260 (9th Cir. 1992).


   IT IS SO ORDERED.